Case: **2:23–cv–02394**
Assigned To : **Mays, Samuel H., Jr**
Referral Judge: **Pham, Tu M.**
Assign. Date : **6/29/2023**
Description: **Pickens v. Minact, Inc.**