IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| **JERMAINE S. PICKENS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 23-cv-2394-SHM-tmp |
| | ) |
| **MINACT, INC.** | ) |
| | ) |
| Defendants. | ) |

---

### REPORT AND RECOMMENDATION
---

On June 29, 2023, plaintiff Jermaine S. Pickens, a resident of Arlington, TN, filed a *pro se* civil complaint. (ECF No. 2.) The same day, Pickens filed a motion to proceed *in forma pauperis* supported by a properly completed in forma pauperis affidavit. (ECF No. 3.) On July 7, 2023, the presiding district judge denied the motion because the information set forth in the affidavit did not satisfy Pickens's burden of demonstrating that he was unable to pay the filing fee. (ECF No. 7 at PageID 19.) Pickens was ordered to pay the civil filing fee within thirty days of that order. (Id.) The order notified Pickens that failure to comply in a timely manner would result in dismissal of the action without further notice pursuant to Federal Rule of Civil Procedure 41(b). (Id.) As of August 14, 2023, Pickens has not complied with the court's order. Accordingly, it is recommended that the complaint

be dismissed without prejudice.

    Respectfully submitted,

                      s/ Tu M. Pham
                      TU M. PHAM
                      Chief United States Magistrate Judge

                      August 14, 2023
                      Date

**NOTICE**

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); L.R. 72.1(g)(2). FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.**